*Nov. Term, 1858.*

WILLIAMS
v.
WALKER.

---

## WILLIAMS and Another *v.* WALKER.

APPEAL from the *Fountain* Circuit Court.

*Per Curiam.*—*Walker* sued *Williams* and *Harman* upon a promissory note for the payment of 3,600 dollars. Issues were duly made and submitted to a jury, who found for the plaintiff 3,477 dollars. And the Court, having refused a new trial, rendered judgment on the verdict.

*Saturday, January 8, 1859.*

The errors assigned relate, first, to the instructions given by the Court; and secondly, to its refusal to grant a new trial. Neither assignment is available. The record shows affirmatively that to the instructions given to the jury no exception was taken by either party; hence, the action of the Circuit Court in giving them, or either of them, is not examinable in this Court. And in relation to the refusal to grant a new trial, we are of opinion, having examined the evidence carefully, that it fully sustains the verdict.

The judgment is affirmed, with 5 per cent. damages and costs.

*S. A. Huff*, *Z. Baird*, and *J. M. La Rue*, for the appellants.